# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID A. NORRIS, TERRIE A. NORRIS AND DOES 1-10,** | Case No. **2:12-cv-03079-WBS-CMK** |
| Cross- Complainants, | **ORDER** |
| vs. | |
| **KBR, INC., DBA RASH CURTIS & ASSOCIATES,** | |
| Cross-Defendants. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 31st day of December, 2013.

Dated:  December 31, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1